IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:20-CV-00005-RWS</u>
2. Style of case: <u>SAPPHIRE ELAINE OWENS vs TEXAS VSI, LLC</u>
3. Nature of suit: <u>EMPLOYMENT, DISCRIMINATION.</u>
4. Method of ADR used:    **X Mediation**        ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: <u>02/09/21</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.           ☐ Settled, in part, as result of ADR
    ☒ Settled as a result of ADR.                ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$3200.00</u>
8. Duration of ADR: <u>Full Day</u>   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

     NICHOLAS O'KELLY, ESQ. – PLTF ATTY
     SAPPHIRE ELAINE OWEN, PLTF
     MARK FLORES, ESQ. – DEFT ATTY
     TRAYWICK DUFFLE – DEF REP
     KATHY FRAGNOLI

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /S/ Kathy Fragnoli                                February 10, 2021
    Signature                                         Date

    <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>        <u>(214)528-1411</u>
    Address                                           Telephone