# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SAPPHIRE ELAINE OWENS, § § § Plaintiff, § § v. § § TEXAS VSI, LLC, § § § Defendant. § | CIVIL ACTION NO. 4:20-CV-00005-RWS |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Docket No. 45). Having considered the motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs, fees and expenses incurred.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 10th day of March, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE